```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA


DALE DICKERSON ET AL.                        CIVIL ACTION

VERSUS                                       NO: 06-8056

LEXINGTON INSURANCE COMPANY                  SECTION: J(4)
```

**ORDER AND REASONS**

Defendant Lexington Insurance Company has filed a **Motion to Alter or Amend Judgment or in the Alternative for a New Trial (Rec. Doc. 33)**, citing several grounds. The Court has reviewed this motion and finds that parts III, IV, V, and VI are without merit. Thus, to the extent Defendant's motion is based on these arguments, its motion is **DENIED**. Specifically, with respect to part IV, the Court finds that Defendant's argument that mental anguish damages are unavailable as a penalty for a violation of La. R.S. 22:1220 is without merit for the reasons explained by Judge Sarah Vance in <u>Weiss v. Allstate Insurance Company</u>, 2007 WL 1075921 (E.D. La. Apr. 9, 2007) and in <u>Faust v. State Farm Fire and Casualty Company,</u> 2007 WL 1191163 (E.D. La. Apr. 20, 2007).

With respect to the remaining argument in part II of the motion[1], this issue will be decided on the briefs. Thus, **IT IS ORDERED** that Plaintiff shall file any opposition memorandum no

---

[1] Part I merely addressed "Background."

later than **Friday August 10, 2007**, at which time the matter will be taken under advisement.

New Orleans, Louisiana this 2nd day of August, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE